UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 26  PM 1: 32

CLERK

BY_____
DEPUTY CLERK

2:26-cr-26-1-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| HAROLD STERLING and | ) | |
| ISAIAS RAMOS, | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 12, 2026, in the District of Vermont, the defendants, HAROLD STERLING and ISAIAS RAMOS, knowingly and intentionally possessed with the intent to distribute cocaine, fentanyl, and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, all Schedule II controlled substances.

Before HAROLD STERLING committed the offense charged in this Count, HAROLD STERLING had a final conviction for a serious drug felony, namely, a conviction for Possession with Intent to Distribute and Distribution of 40 Grams or More of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), in the United States District Court for the District of Connecticut, Docket No.: 3:22-cr-47, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 851; 18 U.S.C. § 2)

## COUNT TWO

On or about March 12, 2026, in the District of Vermont, the defendant, ISAIAS RAMOS, knowing he was an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed a firearm, to wit: an H&R Inc., Model 949, .22 caliber, revolver SN#AU031560, which had been shipped and transported in interstate and foreign commerce.

(18 U.S.C. § 922(g)(3))

Forfeiture Notice

1.      The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offenses contained in Count Two, in violation of 18 U.S.C. § 922(g)(3), the defendant ISAIAS RAMOS shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense(s), including but not limited to:

   a.   H&R, Inc., Model 949, .22 caliber revolver (Serial Number AU031560).

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

A TRUE BILL

JONATHAN A. OPHARDT
First Assistant U.S. Attorney

Andrew C. Gilman
Assistant United States Attorney
Burlington, Vermont
March 26, 2026